UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEONARD M. HICKMAN #577165,

    Plaintiff,

v.

    Case No: 2:22-cv-232

    HON. ROBERT J. JONKER

ERICA HUSS et al,

    Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 12, 2025 (ECF No. 40). The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 40) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 28) is GRANTED.  Defendants' motion to stay discovery is dismissed as moot.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:   June 4, 2025         /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE